# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-23-00729-001-TUC-JAS (MSA) |
| Plaintiff, | **ORDER** |
| v. | |
| Zionn Olah Tascyi Sandoval, | |
| Defendant. | |

Pending before the Court is a Report and Recommendation issued by United States Magistrate Judge Aguilera that recommends this Court find that Defendant Zionn Sandoval violated his conditions of supervision as alleged. (Doc. 88; *see also* Doc. 70.)  A review of the record reflects that no objections to the Report and Recommendation have been filed and the time to file objections has expired.  Therefore, the Court will not consider any objections or new evidence.

The Court has reviewed the record and concludes that Magistrate Judge Aguilera's recommendation is not clearly erroneous.  *See* 28 U.S.C. § 636(b)(1); Fed. R. Crim. P. 59.

Accordingly, **IT IS ORDERED**:

(1) Magistrate Judge Aguilera's Report and Recommendation (Doc. 88) is accepted and adopted.

(2) The Court finds that the government has proven Allegations A and B (Doc. 70) by a preponderance of the evidence.  The parties are directed to Magistrate Judge Aguilera's Report and Recommendation for a more detailed explanation.

///

**IT IS FURTHER ORDERED** that a disposition hearing is set for **Wednesday, June 3, 2026, at 11:20 A.M.**, before the Honorable James Soto, in Courtroom 6A of the United States District Court for the District of Arizona. The United States Probation Office is directed to prepare a disposition report in advance of the hearing.

Dated this 27th day of April, 2026.

Honorable James A. Soto
United States District Judge

- 2 -